UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FRANKLIN CHURCH (#613285)

VERSUS

DARREL VANNOY, ET AL.

CIVIL ACTION

22-426-SDD-SDJ

### RULING AND ORDER

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Scott D. Johnson dated July 31, 2025, to which an *Objection*[2] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that the petitioner's application for habeas corpus relief is denied, and this proceeding is dismissed, with prejudice. If Petitioner seeks to pursue an appeal in this case, a certificate of appealability is DENIED.

Signed in Baton Rouge, Louisiana, this 28 day of August, 2025.

*Shelly Dick*
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 14.
[2] Rec. Doc. 15.